JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John Doe 432,<br><br>Petitioner,<br><br>v.<br><br>Alejandro Mayorkas, Secretary of the Department of Homeland Security, Ur M. Jaddou, Direct of the United States Citizenship and Immigration Services, Merrick Garland, Attorney General of the United States,<br><br>Respondents. | Case No. 2:23-cv-00432-RFB-VCF<br><br>**Stipulation to Extend Time for Defendants to Answer or Otherwise Plead**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff, John Doe 432, proceeding *pro se*, and Defendants, Alejandro Mayorkas, Secretary of the Department of Homeland Security, Ur M. Jaddou, Direct of the United States Citizenship and Immigration Services, Merrick Garland, Attorney General of the United States (herein "Defendants"), through counsel, that Defendants' deadline to answer or otherwise respond to Petitioner's Petition for Writ of Mandamus and Complaint for Injunctive Relief (ECF No. 10) be extended two weeks (14 days), until **July 24, 2023**.

The extension is sought because agency counsel for Defendants has only recently been located and assigned. Furthermore, because Plaintiff wishes to pursue his claims under a pseudonym, agency counsel has not yet been able to locate and review the administrative file necessary to effectively respond to the Petition.

1  The two-week extension will provide Defendants, the agencies involved, and counsel sufficient time to effectively determine how the defense of this case should proceed. Accordingly, the parties respectfully stipulate and request that the Court extend Defendants' deadline to answer or otherwise respond by two weeks, until **July 24, 2023**.

Respectfully submitted this 7th day of July 2023.

|  |  |
|---|---|
| /s/ John Doe 432 | JASON M. FRIERSON |
| JOHN DOE 432 | United States Attorney |
| Ciralaking@gmail.com | |
| 304 S. Jones Blvd. #3651 | /s/ Skyler H. Pearson |
| Las Vegas, NV 89107 | SKYLER H. PEARSON |
|  | Assistant United States Attorney |
| *Pro Se* | |
|  | *Attorneys for the United States* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   7-11-2023

2