JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| John Doe 432,<br><br>            Petitioner,<br><br>     v.<br><br>Alejandro Mayorkas, Secretary of the Department of Homeland Security, Ur M. Jaddou, Direct of the United States Citizenship and Immigration Services, Merrick Garland, Attorney General of the United States,<br><br>            Respondents. | Case No. 2:23-cv-00432-RFB-VCF<br><br>**Order to Dismiss** |

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) all parties who have appeared agree to the dismissal of this action in its entirety. Dismissal is with prejudice as to all claims and causes of action Petitioner has asserted against

. . .

. . .

. . .

. . .

. . .

. . .

. . .

respondents in this matter. Each side is to bear its own costs and attorney fees.

Respectfully submitted this 14th day of August 2023.

| | |
|---|---|
| */s/ John Doe 432* <br> JOHN DOE 432 <br> Ciralaking@gmail.com <br> 304 S. Jones Blvd. #3651 <br> Las Vegas, NV 89107 <br><br> *Pro Se* | JASON M. FRIERSON <br> United States Attorney <br><br> */s/ Skyler H. Pearson* <br> SKYLER H. PEARSON <br> Assistant United States Attorney <br><br> *Attorneys for the United States* |

**IT IS SO ORDERED** that the Joint Stipulation to Dismiss (ECF No. 22) is **GRANTED**.

_____
**UNITED STATES JUDGE**

**DATED:** August 15, 2023

2